◇AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | ARKANSAS |

JUSTIN SLAUGHTER

**JUDGMENT IN A CIVIL CASE**

V.

JEREMY GRAMMER

Case Number: 06-5222

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, JEREMY GRAMMER, AND AGAINST THE PLAINTIFF, JUSTIN SLAUGHTER.

10/30/2007
Date

CHRISTOPHER R. JOHNSON
Clerk

*[signature]*
(By) Deputy Clerk